UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Robert Shannon

                      Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

-cr-  (   )

20 Mag 11644

Defendant  Robert Shannon  hereby voluntarily consents to participate in the following proceeding via ~~video~~tele conferencing:

__X__   Initial Appearance/Appointment of Counsel

____   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____   Preliminary Hearing on Felony Complaint

____   Bail/Revocation/Detention Hearing

____   Status and/or Scheduling Conference

____   Felony Plea/Trial/Sentence

_s/ Robert Shannon/otw_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant) otw

Robert Shannon
Print Defendant's Name

_____
Defense Counsel's Signature

Cesar de Castro
Print Defense Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available and provided to the press.

10-29-2020
Date

_____
U.S. Magistrate Judge – ONA T. WANG

| SDNY CJA 23 (Rev. 1/12) | FINANCIAL AFFIDAVIT |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)*

IN THE CASE OF: United States v. Shannon

FOR: 

AT: 

LOCATION NUMBER: 

**PERSON REPRESENTED** *(Show your full name)*: Robert Shannon

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other *(Specify)*

**DOCKET NUMBERS**
Magistrate Judge: 
District Court: 
Court of Appeals: 

**CHARGE/OFFENSE** *(describe if applicable & check box →)*: 21 U.S.C. 846  ☒ Felony  ☐ Misdemeanor

---

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☒ Self-Employed
Name and address of employer: Home - Barber
IF YES, how much do you earn per month? $ 2,000-$2,500
IF NO, give month and year of last employment? How much did you earn per month? $ 
If married, is your spouse employed? ☐ Yes ☐ No
IF YES, how much does your spouse earn per month? $ N/A
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ 

**INCOME & ASSETS — OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, give the amount received and identify the sources: RECEIVED $ 2,000-$2,500 / SOURCES mo., cutting hair out of his home

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, total amount? $ 

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, give value and description for each: VALUE / DESCRIPTION

**DEPENDENTS**
MARITAL STATUS: ☒ Single ☐ Married ☐ Widowed ☐ Separated or Divorced
Total No. of Dependents: 1
List persons you actually support and your relationship to them: Raheem Shannon, Son, 3 yrs old

**OBLIGATIONS & DEBTS — DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Rent | $ | $ 450 |
| Phone | $ | $ 50 |
| Baby Supplies | $ | $ 100 |
| Food | $ | $ 150 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): s/ Robert Shannon /OTW w/consent

Date: 10-29-2020

Cesar de Castro
FD/CJA/RET. ATTORNEY (PRINT)

☒ APPROVED ☐ DENIED

SIGNATURE OF JUDICIAL OFFICER

DATE: 10-29-2020

ASSISTANT UNITED STATES ATTORNEY (PRINT)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

MEDICAL ATTENTION FORM

DATE: 10-29-2020

DEFENDANT: Robert Shannon

DOCKET #: 20 Mag 11644

**TO THE WARDENS OF THE METROPOLITAN CORRECTIONAL CENTER, THE METROPOLITAN DETENTION CENTER, OR ANY OTHER DETENTION FACILITY:**

The above-named defendant has been remanded in lieu of bail at the time of his/her presentment before this Court. At that time, the following information which requires medical attention was disclosed.:

The defendant suffers from high blood pressure (for which is prescribed medication), asthma, and anxiety.

_____
U.S. District / Magistrate Judge